*Rugg* and *Messrs. Claude R. Branch* and *Charles R. Pollard* for the United States.

No. 282. BONWIT TELLER & Co. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims granted. *Mr. Arthur B. Hyman* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *George H. Foster* for the United States.

No. 288. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* THOMPSON OIL & GAS Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Sewall Key, J. Louis Monarch, Paul D. Miller,* and *Clarence M. Charest* for petitioner. *Messrs. Phil D. Morelock* and *James S. Y. Ivins* for respondent.

No. 315. SMITH, ADMINISTRATRIX, *v.* SPRINGDALE AMUSEMENT PARK ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. E. Howard McCaleb* and *John E. Sater* for petitioner. *Mr. Paul Bakewell* for respondents.

No. 352. V. LOEWERS GAMBRINUS BREWERY Co. *v.* ANDERSON, COLLECTOR. October 20, 1930. The petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted, limited to the question